**Order entered February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

## LAKEITH AMIR-SHARIF, Appellant

### V.

## TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER
Before the Court En Banc

We **DENY** appellant's February 10, 2014 motion to recuse Justice Lewis.

/s/     CAROLYN WRIGHT
            CHIEF JUSTICE